AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Willard Jake Peart

*Defendant*

)
) Case: 1:21-mj-00384
) Assigned To : Faruqui, Zia M.
) Assign. Date : 04/19/2021
) Description: COMPLAINT W/ ARREST WARRANT
)
)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Willard Jake Peart,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) and (2) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
40 U.S.C. § 5104(e)(2)(D) and (G) - Disorderly Conduct on Capitol Grounds, Parading Demonstrating, or Picketing in a Capitol Building.

Date: 04/20/2021

*Zia M. Faruqui* — Digitally signed by Zia M. Faruqui
Date: 2021.04.20 11:26:31 -04'00'

*Issuing officer's signature*

City and state: Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 4/20/21, and the person was arrested on *(date)* 4/22/21
at *(city and state)* ST. GEORGE, UT.

Date: 4/22/21

*Arresting officer's signature*

SA GARY W. FRANCE, FBI
*Printed name and title*