IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA    *

v.    *    CR No. 21-mj-384-ZMF

WILLARD JAKE PEART    *

Defendant    *

* * * * *

### NOTICE OF APPEARANCE AS PRO HAC VICE
### COUNSEL FOR DEFENDANT WILLARD JAKE PEART

COMES NOW, the Law Office of John S. Tatum, P. C. through its associate, John S. Tatum, Esq., and hereby gives notice of our appearance as Pro Hac Vice counsel for Defendant Willard Jake Peart.

Respectfully submitted this 9th day of July, 2021.

JOHN S. TATUM, P.C.

/s/ John S. Tatum
John S. Tatum
12361 East Cornell Avenue
Aurora, Colorado  80014
Cell:  303-810-3952[1]
Telephone: (303) 750-6888
Facsimile: (303) 750-8279
Email: john@johntatumlaw.com

---

[1] Please utilize this Cell Number during COVID-19 Pandemic as our office is generally closed.

## *CERTIFICATE OF SERVICE*

      I hereby certify that on this 9th day of July, 2021 a true and correct copy of the foregoing *Notice Of Appearance As Pro Hac Vice Counsel For Defendant Willard Jake Peart* was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to parties of record, including the following:

Brittany L. Reed
Assistant United States Attorney
Brittany.Reed2@usdoj.gov

                                                      /s/ John Tatum