**From:** KEVIN WILKINSON P C <<u>klw@infowest.com</u>>
**Date:** February 4, 2022 at 8:19:00 AM MST
**To:** Jake Peart ERA Brokers Consolidated <<u>Jake@jakepeart.com</u>>
**Subject: Letter**

To whom it may concern,

I have known Jake Peart for a number of years. Worked in the same industry and for a while in the same office. I have worked with him on transactions together and found him to be kind considerate and ethical. He is a strong advocate of gratitude for the freedoms that we enjoy in this area and in this country. For a couple of years we talked every Tuesday morning, about work, family, freedom, and God. We were having our Tuesday conversations during the time that he went to Washington out of concern for our country. He was proud to go and witness some of the things that were going on at that time. He did express multiple times he had remorse for getting caught up in the moment and entered into the capital that day. I feel he has found that there are ways to make a difference and there are ways that we get in the way of making a difference.
He is a good man, and it takes a big man to admit when he has made a mistake. I hope you have found that in him as I have.

Thank you for your time,

Kevin



Kevin L. Wilkinson

Cell: (435) 668-3632
klw@infowest.com
www.BuyStGeorgeUtah.com



"It's not enough that we do our best; sometimes we have to do what's required" Winston Churchill

EXHIBIT B