January 28, 2022

Re: Character reference for Jake Peart

To Whom It May Concern:

I have known and have worked with Jake Peart in real estate for over 6 years now. Ever since first working with Jake, I've only ever seen and witnessed him be considerate, respectable, and caring for other people. That goes for all he works with and even to me personally.

I work with several different agents regularly and most do not care to know much about me personally. Even if I've worked with them for a couple of years now, they know nothing about me personally. Since the beginning of working with Jake, he has taken the time to get to know me and my family, the struggles we have faced and truly caring about how we are. On several occasions before talking about any business-related items, he will check in to make sure me and my family are personally doing ok and if there is anything he can do for us.

Jake has gone as far as bringing my family meals when I had surgery to inviting my family to join his out at the lake. He is truly a genuine person.

In working with Jake all these years, he has been consistent in being honest and ethical. He is a man of integrity and has always strived to do the right thing. It is an honor to know and work with Jake Peart and to call him my friend.

Sincerely,

*Heather Saunders*

Heather Saunders

EXHIBIT C
1

Heather Saunders Contact Information:

(435) 773-3218 Office

eztransaction1@gmail.com

ERA Brokers Consolidated

201 E ST GEORGE BLVD, St George, UT, 84770



EXHIBIT C
2