From: **april gates** <april.gates12@gmail.com>
Date: Wed, Feb 2, 2022 at 4:20 AM
Subject: February 2, 2022
To: Jake Peart <wjpeart@gmail.com>
Cc: Jake Peart <wjpeart@gmail.com>

February 2, 2022

To Whom It May Concern:

My name is April Gates and I have lived and worked in Southern Utah for 18 years, Willard Jake Peart has been a colleague and friend of mine for over 10 of those.
Through these years I have known Jake to be a wonderful father, a caring husband, a dependable friend, an honest co-worker, a trusted church leader, a respected community leader and a valued friend.

Jake is a good man who is passionate about everything he does. Jake is friendly and out-going. Jake is willing to jump in and help anyone at any time.
Jake ends EVERY conversation with the phrase: "Is there ANYTHING I can do for you?" And he means it!. I have never seen Jake be angry, upset, rude or anything except professional and kind.
That is not an easy task when you are dealing with people in some heated Real Estate transactions!

Jake is a trusted member of our community with a stellar reputation.

Sincerely,


April Gates
VP, Realtor
ERA Brokers Consolidated

EXHIBIT D