# COURT REFERENCE LETTER

To Whom This May Concern,

My name is Paul B Heideman and proud to offer my recommendation of Jake Peart to whom I have personally known for 16 years as my friend, Real Estate Agent, and Scouting activities. During my relationship with Jake Peart I have experienced an individual who has stopped and helped even when not asked, works hard, and carries themselves in a polite, respectable manner. In addition, Jake is a family-person who has always presented themselves with honesty and trying to do what is right. Please do not hesitate to contact me if you should require any further information.

Best,

*Paul B. Heid—*

Date: 02/01/2022

Paul B Heideman

Address: 720 S Toquer Blvd

City: Toquerville     State: Ut

Telephone: 435-635-2273     E-Mail: heideman52@gmail.com

EXHIBIT E