February 1, 2021

To Whom It May Concern:
RE: Jake Peart
We have known Jake Peart for many years as a friend, a neighbor and fellow church member.

He is one of the very finest people we have ever known.
We know him to be honest of heart, full of integrity, without guile, trustworthy, hard working, kind, gentle, and compassionate.

Jake genuinely loves people and seeks to be of service whenever and wherever he can.

He is a wonderful husband and father to his 5 boys teaching them to love and serve others. They have come to our rescue often, moving furniture, yard work, making electronics work.

Jake makes time in his busy schedule to visit my elderly mother, loving her as if she is a beloved Grandmother.

The world would be a very lovely place if we had more people like Jake Peart and his family. He is a blessing to all who know him.

Sincerely,

Lynda Williams


Lynn Williams
PO Box 377
Toquerville, UT 84774

435-229-4732

LWill9000@aol.com

EXHIBIT F