Andrea Jung
4875 S. Balsam Way
Denver, CO 80123
303-565-0220

January 27, 2021

Dear Sir or Madam,

I am writing this letter on the behalf of Jake Peart, whom I have known for the past seven years. I was very surprised to hear about Mr. Peart's case, as the compassion, mercy, and forgiveness that he has shown me has changed my life forver. It is for these reasons, and many more, I am honored to write a letter of reference for Mr. Peart. I was deeply disturbed by the events that took place on January 6th in Washington D.C. and understand the seriousness of Mr. Peart's situation, however, I implore the court to examine Mr. Peart's character outside of those events, as it is not a true representation of who he is.

The circumstances by which I know Mr. Peart and his family is tragic yet can be described as a miracle. In October of 2013, I drove drunk and hit two of Mr. Peart's sisters and as a result, one of his sisters was killed. Mr. Peart and his extended family attend my sentencing hearing in June of 2014. We were able to sit in a room before the hearing started where I received nothing but love, forgiveness, and understanding from the entire Peart Family. The most impactful comment that day was made by Jake Peart, "We want you to move on pass this, Andrea and have a happy life." It is unfathomable for a family to look at the person who killed their daughter and sister while driving drunk and wish her a happy life, yet Jake Peart and his family did.

My communication with Mr. Peart did not end on that day. He wrote me letters while I was in prison that were raw and honest, yet filled with love and kindness, always ending with "We want good things for you, Andrea. Love, Jake." His mercy and love extended even further when I sent an application for transfer to community corrections and Mr. Peart wrote a letter advocating for me. I would ask that you put yourself in Mr. Peart's shoes and ask yourself if you would do the same. It is a question that I ask myself every single day. Because of Mr. Peart's actions, I have been given a second chance to live a meaningful and productive life. He realized that I made a poor decision and brought a level of humanness and compassion to a family's worst nightmare.

These are not the actions of someone who does not respect justice or the law. These are the actions of a person whose grace, mercy, and love have changed not only my life, but the lives of my family and friends, and the lives of every person I share this story with. There is no doubt in my mind, heat, or soul that Mr. Peart will do everything he possibly can to comply with every aspect of his case.

It is my most sincere hope and prayer that the court takes this letter into consideration while moving forward with his case. Mr. Peart is a good, moralistic, and Goldy man. Stressing again how seriously I take the events that happened on January 6th and how strongly I condemn them, I still believe with every fiber of my being that Mr. Peart is an honorable man, who is a good example to the community, and a loving father, husband, brother, son, and friend.

Most Sincere Regards,

Andrea Jung

EXHIBIT H