UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 21-0662 (PLF) |
| | ) | |
| WILLARD JAKE PEART, | ) | |
| | ) | |
| Defendant. | ) | |

---

ORDER

Defendant Willard Jake Peart has moved for permission to travel to Wisconsin from June 22 through June 25, 2022, and to Idaho from June 29 through June 30, 2022, to attend and participate in the ceremony and celebration of his son's wedding. See Mr. Peart's Unopposed Motion for Permission to Travel for Son's Wedding ("Motion") [Dkt. No. 42]. On January 12, 2022, Mr. Peart pleaded guilty to one count of parading, demonstrating, or picketing in a capitol building, in violation of 40 U.S.C. § 5104(e)(2)(G). See January 12, 2022 Minute Entry. On May 2, 2022, this Court sentenced Mr. Peart to 36 months of probation, with the first 60 days of probation to be served on home detention with electronic monitoring. See Judgment [Dkt. No. 40] at 2; see also id. at 4 (noting that Mr. Peart is "restricted to [his] residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the officer"). Mr. Peart was installed on location monitoring on May 3, 2022, with an anticipated completion date of July 2, 2022. U.S. Probation Office Petition [Dkt. No. 43] at 2.

On June 14, 2022, in compliance with this Court's June 10, 2022 Minute Order, the U.S. Probation Office for the District of Columbia ("Probation") filed a petition in response to Mr. Peart's motion to travel, recommending that the Court approve the travel request and suspend the period of home detention with electronic monitoring for ten days, from June 21 through July 1, 2022.  See U.S. Probation Office Petition [Dkt. No. 43] at 2.  Probation also recommends that, upon returning from the approved travel, Mr. Peart should resume his sentence and complete the remaining ten days of his period of home detention with electronic monitoring. See id.  The United States does not object to Mr. Peart's travel request.  See Motion ¶ 10.

After careful consideration of the parties' filings and the entire record in this case, the Court will grant Mr. Peart's request to travel.  Accordingly, it is hereby

ORDERED that Mr. Peart's Unopposed Motion for Permission to Travel for Son's Wedding [Dkt. No. 42] is GRANTED; it is

FURTHER ORDERED that Mr. Peart's period of home detention with electronic monitoring shall be suspended for ten days, from June 21 through July 1, 2022; it is

FURTHER ORDERED that Mr. Peart is authorized to travel to Wisconsin and to Idaho to attend and participate in the ceremony and celebration of his son's wedding; it is

FURTHER ORDERED that Mr. Peart shall contact his supervising U.S. Probation Officer within 24 hours of his return to Utah from Wisconsin; it is

FURTHER ORDERED that Mr. Peart shall contact his supervising U.S. Probation Officer within 24 hours of his return to Utah from Idaho; and it is

FURTHER ORDERED that Mr. Peart's period of home detention with electronic monitoring shall resume upon his return from his travels on July 2, 2022, and Mr. Peart shall serve the remainder of his 60-day sentence of home detention with electronic monitoring through

July 12, 2022.

      SO ORDERED.

_____
PAUL L. FRIEDMAN
United States District Judge

DATE:  June 17, 2022