Let this be filed.

*PAUL L. FRIEDMAN*
United States District Judge

DATE: 5/17/24

April 22, 2024

To The Honorable Paul L. Friedman

United States District Court for the District of Columbia

Regarding Willard Jake Peart

Docket No: 0090 1:21CR00662-001

I'm writing to ask what more I can to do hopefully be released from probation preferably now.

I have and continue to meet all the "Conditions of Probation"

I continue to serve voluntarily though out my community, even though all of my service hours are complete.

I am a law-abiding citizen.

I believe my probation officers; Officer Kris Langman and Officer Devin Dalton will validate that I have followed all Probation Requirements and that I am not a threat or concern to them or anyone else.

If needed I could provide several witnesses to testify of:

- The fact that I continue to abide by all "Conditions of Probation".
- That I continue to serve throughout our community.
- How I conduct myself, in any setting you want to know about.
- How I have learned from this experience.
- How I am no threat to anyone.
- I would be happy to meet with any professionals you may need, to evaluate my mental, physical, emotional, spiritual, or other testing you may want.

I believe you will find there is no reason for me to be on probation any longer.

If you find that I am in fact not a threat in anyway, to anyone, and that I am in fact having a positive impact on the people and places where I am present, and that I can have an even greater impact if I was no longer limited by the "Conditions of Probation", doesn't it make sense to end my probation period now?

Perhaps the biggest reason to end my probation period is for the benefit of the greater good. If in fact I am not a threat to anyone or anything, wouldn't it be wise to free up the valuable and limited resources of our government workers and agencies? Couldn't these resources be used in areas where there is a real need and concern?

I will continue to honor my commitment of being respectful of others' beliefs, to think before acting, to be aware of the consequences of my choices and actions, to promote peace and goodness, and to be a law citizen.

I am more than happy to provide any communication or updates you would like. If you feel that I should continue to be on probation, we will continue whole heartedly to honor your recommendation and abide by the "Conditions of Probation".

Thank you for your consideration. This experience will always be one of the most impactful and greatest learning experiences of my life.


Sincerely,



Willard Jake Peart