UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 21-0662 (PLF) |
| ) | |
| WILLARD JAKE PEART, ) | |
| ) | |
| Defendant. ) | |

ORDER

Upon careful consideration of defendant Willard Jake Peart's pro se Letter requesting early termination of probation dated April 22, 2024 [Dkt. No. 46], the government's Memorandum in Opposition to Willard Jake Peart's Pro Se Request for Early Termination of Probation [Dkt. No. 47], and the Probation Office's response to Mr. Peart's request [Dkt. No. 48], the Court hereby DENIES Mr. Peart's request substantially for the reasons set forth in the government's Opposition. While the Court commends Mr. Peart for his full compliance with his conditions of probation, "a defendant 'must show something of an unusual or extraordinary nature in addition to full compliance' to justify early termination." United States v. Daughtry, Crim No. 21-0141, Minute Order (D.D.C. Jun. 21, 2024) (quoting United States v. Etheridge, 999 F. Supp. 2d 192, 196 (D.D.C. 2013)). Accordingly, it is hereby

ORDERED that Mr. Peart's request for early termination of probation [Dkt. No. 46] is DENIED.

SO ORDERED.

_____
PAUL L. FRIEDMAN
United States District Judge

DATE: 7/1/24